# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| W.K. and M.G., : | |
| : | |
| Plaintiffs : | CIVIL ACTION NO. 3:16-0352 |
| : | |
| v : | (JUDGE MANNION) |
| : | |
| PITTSTON AREA SCHOOL DISTRICT, : | |
| : | |
| Defendant : | |

## O R D E R

In accordance with the memorandum issued this same day in the above-captioned matter, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendant's motion to dismiss the plaintiff's amended complaint, **(Doc. 18)**, is **GRANTED IN PART AND DENIED IN PART**;

**(2)** the motion is **GRANTED** to the extent that Counts I, III and IV of the amended complaint are **DISMISSED WITH PREJUDICE**;

**(3)** the motion is **DENIED** in all other respects.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 10, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0352-01-ORDER.wpd